**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01282-AP

REGINA M. ANDERSON,

    Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.    APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Frederick W. Newall<br>730 N. Weber, #101<br>Colorado Springs, CO 80903<br>719-633-5211<br>fnewall@qwestoffice.net | JOHN F. WALSH<br>United States Attorney<br>KEVIN TRASKOS<br><br>KEVIN TRASKOS<br>Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov<br><br>Robert L. Van Saghi<br>Special Assistant United States Attorney<br>1001 17th Street<br>Denver, Colorado 80202<br>(303) 844-1948<br>(303) 844-0770 (facsimile)<br>robert.vansaghi@ssa.gov |

**2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.  DATES OF FILING OF RELEVANT PLEADINGS**

   **A.  Date Complaint Was Filed:** 5/16/12
   **B.  Date Complaint Was Served on U.S. Attorney's Office:** 6/04/12
   **C. Date Answer and Administrative Record Were Filed:** 8/03/12

**4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of her knowledge, Plaintiff states that the record is complete and accurate. To the best of his knowledge, Defendant states that the record is complete and accurate.

**5.  STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.  OTHER MATTERS**

The parties state that there are no other matters.

**8.  BRIEFING SCHEDULE**[1]

The parties agreed to the following schedule:

   **A.  Plaintiffs Opening Brief Due:**   10/11/12
   **B.  Defendant's Response Brief Due:**  11/10/12
   **C.  Plaintiffs Reply Brief (If Any) Due:**  11/24/12

---

[1] Plaintiff's counsel has another brief due on September 24. Accordingly, he requests that his opening brief not be due until October 11, rather than September 24.

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

   A. **Plaintiffs Statement:** Plaintiff does not request oral argument.
   B. **Defendant's Statement:** Defendant does not request oral argument.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 27th day of August 2012.

>                                BY THE COURT:
>
>                                *s/John L. Kane*_____
>                                U.S. DISTRICT COURT JUDGE

APPROVED:

For Plaintiff:

s/ Frederick W. Newall
Frederick W. Newall
730 N. Weber, #101
Colorado Springs, CO 80903
719-633-5211
fnewall@qwestoffice.net

For Defendant:

JOHN F. WALSH
United States Attorney

KEVIN TRASKOS
Chief, Civil Division
United States Attorney's Office
District of Colorado
Kevin.Traskos@usdoj.gov

s/ Robert L. Van Saghi
Robert L. Van Saghi
Special Assistant U.S. Attorney
1001 17th Street
Denver, Colorado 80202
(303) 844-1948
robert.vansaghi@ssa.gov