**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01282-AP

REGINA M. ANDERSON,

      Plaintiff,

      v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.**      **APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Frederick W. Newall | JOHN F. WALSH |
| 730 N. Weber, #101 | United States Attorney |
| Colorado Springs, CO 80903 | KEVIN TRASKOS |
| 719-633-5211 | |
| fnewall@qwestoffice.net | KEVIN TRASKOS |
| | Chief, Civil Division |
| | United States Attorney's Office |
| | District of Colorado |
| | Kevin.Traskos@usdoj.gov |
| | |
| | Robert L. Van Saghi |
| | Special Assistant United States Attorney |
| | 1001 17th Street |
| | Denver, Colorado 80202 |
| | (303) 844-1948 |
| | (303) 844-0770 (facsimile) |
| | robert.vansaghi@ssa.gov |

**2.      STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.      DATES OF FILING OF RELEVANT PLEADINGS**

**A.  Date Complaint Was Filed:** 5/16/12
**B.  Date Complaint Was Served on U.S. Attorney's Office:** 6/04/12
**C. Date Answer and Administrative Record Were Filed:** 8/03/12

**4.      STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of her knowledge, Plaintiff states that the record is complete and accurate. To the best of his knowledge, Defendant states that the record is complete and accurate.

**5.      STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.      STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.      OTHER MATTERS**

The parties state that there are no other matters.

**8.      BRIEFING SCHEDULE**[1]

The parties agreed to the following schedule:

**A.  Plaintiffs Opening Brief Due:**          10/11/12
**B.  Defendant's Response Brief Due:**       11/10/12
**C.  Plaintiffs Reply Brief (If Any) Due:**  11/24/12

---

[1]Plaintiff's counsel has another brief due on September 24.  Accordingly, he requests that his opening brief not be due until October 11, rather than September 24.

**9.      STATEMENTS REGARDING ORAL ARGUMENT**

   **A.  Plaintiffs Statement:** Plaintiff does not request oral argument.
   **B.  Defendant's Statement:** Defendant does not request oral argument.


**10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   All parties have not consented to the exercise of jurisdiction of a United States
   Magistrate Judge.

**11.     OTHER MATTERS**

   THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR
   CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY
   SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED
   UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD,
   AND ALL PRO SE PARTIES.

**12.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

   The parties agree that the Joint Case Management Plan may be altered or amended only
   upon a showing of good cause.

   DATED this 27th day of August 2012.

                              BY THE COURT:


                              *s/John L. Kane* _____
                              U.S. DISTRICT COURT JUDGE

APPROVED:

For Plaintiff:

s/ Frederick W. Newall
Frederick W. Newall
730 N. Weber, #101
Colorado Springs, CO 80903
719-633-5211
fnewall@qwestoffice.net

For Defendant:

JOHN F. WALSH
United States Attorney

KEVIN TRASKOS
Chief, Civil Division
United States Attorney's Office
District of Colorado
Kevin.Traskos@usdoj.gov

s/ Robert L. Van Saghi
Robert L. Van Saghi
Special Assistant U.S. Attorney
1001 17th Street
Denver, Colorado 80202
(303) 844-1948
robert.vansaghi@ssa.gov