**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-01282-REB

REGINA M. ANDERSON,

     Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

     Defendant.

---

### FINAL JUDGMENT

---

     This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in

accordance with the **Order Affirming Commissioner** [#23] entered by Judge Robert E.

Blackburn on June 25, 2013, which order is incorporated herein by this reference.

     **THEREFORE, IT IS ORDERED** that the conclusion of the Commissioner through

the Administrative Law Judge that plaintiff was not disabled is **AFFIRMED**.

     DATED at Denver, Colorado, this 26th day of June, 2013.

                FOR THE COURT:

                JEFFREY P. COLWELL

                By: s/Edward P. Butler
                     Edward P. Butler
                     Deputy Clerk